HENESY v. GOLDBERG. (Supreme Court, Appellate Division, First Department. January 19, 1900.) Action by Clara A. Henesy, as administratrix, against Emanuel T. Goldberg. W. L. Clark, for plaintiff. A. H. Parkhurst, for defendant. No opinion. Judgment affirmed, with costs. See 56 N. Y. Supp. 1109.

HERKIMER COUNTY LIGHT & POWER CO., Respondent, v. ADAMS, Appellant. (Supreme Court, Apellate Division, Fourth Department. February 6, 1900.) Action by the Herkimer County Light & Power Company against Victor Adams.

PER CURIAM. Order of December 16, 1899, modified, so as to provide that the plaintiff have leave to discontinue the action upon payment of the defendant's taxable costs and disbursements therein up to December 4, 1899, including $25 additional allowance, to be taxed, and, as thus modified, affirmed, with $10 costs and disbursements of this appeal to the appellant; and, as incidental thereto, the order of December 23, 1899, be, and the same is hereby, vacated upon payment by the defendant of the $10 costs therein directed to be paid by him.

HOLMS, Respondent, v. SHAPIRO et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 23, 1900.) Action by Christian J. Holms against Wolf Shapiro and another. No opinion. Judgment of the municipal court affirmed, on argument, with costs.

HOPKINS, Respondent. v. OLMSTEAD, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 30, 1900.) Action by Stuart B. Hopkins against Edwin B. Olmstead. No opinion. Motion for reargument denied, with $10 costs. See 60 N. Y. Supp. 1140.

HOWE, Respondent, v. HAY, Appellant (three cases). (Supreme Court, Appellate Division, Fourth Department. February 16, 1900.) Motions by Lucien Howe against Thomas H. Hay. No opinion. Motions granted, with $10 costs, unless within 20 days from the date hereof the appellant files and serves his printed case and points in each action, in which event the motion is denied, without costs to either party.

JACK, Appellant, v. GRAND TRUNK RY. CO. OF CANADA, Respondent. (Supreme Court, Appellate Division, Fourth Department. February 6, 1900.) Action by Eliza Jack, as administratrix, etc., against the Grand Trunk Railway Company of Canada. No opinion. Judgment and order affirmed, with costs.

JACOB DOLD PACKING CO., Respondent, v. TRZASALSKI, Appellant. (Supreme Court, Appellate Division, Fourth Department. February 6, 1900.) Action by the Jacob Dold Packing Company against George Trzasalski. No opinion. Judgment and order affirmed, with costs.

JENKS et al., Appellants, v. MILLER et al., Respondents. (Supreme Court, Appellate Division, Second Department. January 9, 1900.) Action by Joseph Jenks and others against John F. Miller and others. No opinion. Motion granted, on the respondents, within 10 days, paying the taxable costs and disbursements in the court of appeals, and giving the appellants a stipulation allowing them to discontinue their appeal without costs, if they so elect.

JOHNSTON, Appellant, v. NASSAU ELECTRIC R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. January 16, 1900.) Action by Mary J. Johnston against the Nassau Electric Railroad Company. No opinion. Judgment reversed, on argument, and new trial granted; costs to abide event.

JOHNSTON, Respondent, v. SPRING, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 23, 1900.) Action by Paul S. Johnston against George H. Spring. No opinion. Motion for leave to appeal to the court of appeals denied, with $10 costs. See 60 N. Y. Supp. 1141.

KANE, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, First Department. January 19, 1900.) Action by Francis W. Kane, as administrator, against the city of New York. T. Connolly, for appellant. J. J. Quencer, for respondent. No opinion. Judgment and order affirmed, with costs.

KATZ et al. v. FOSTER et al. (Supreme Court, Appellate Division, First Department. January 5, 1900.) Action by Bernard Katz and another against John L. Foster and another. No opinion. Motion granted, with $10 costs.

KAY, Respondent, v. METROPOLITAN ST. RY CO., Appellant. (Supreme Court, Appellate Division, First Department. February 16, 1900.) Action by Peter Kay against the Metropolitan Street-Railway Company. C. F. Brown, for appellant. G. H. Hart, for respondent. No opinion. If plaintiff stipulate to reduce verdict to $600, judgment, as so reduced, affirmed, without costs to either party. If such stipulation be not given, judgment reversed, and new trial ordered, with costs to appellant to abide event.

KEELER, Respondent, v CITY OF ROCHESTER, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 30, 1900.) Action by J. Grant Keeler against the city of Rochester. No opinion. Judgment affirmed, with costs.